JOHN A. O'MALLEY (Bar No. 101181)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jomalley@fulbright.com

DAN DAVISON *(pro hac to be submitted)*
MARC L. DELFLACHE *(pro hac to be submitted)*
**FULBRIGHT & JAWORSKI L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
ddavison@fulbright.com
mdelflache@fulbright.com

RICHARD S. ZEMBEK *(pro hac vice to be submitted)*
**FULBRIGHT & JAWORSKI L.L.P.**
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
rzembek@fulbright.com

Attorneys for Defendant MICROS SYSTEMS, INC.

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROS SYSTEMS, INC., <br><br> Defendant. | Case No. 3:12-cv-01655-JLS-NLS <br><br> **NOTICE OF APPEARANCE OF JOHN A. O'MALLEY FOR DEFENDANT MICROS SYSTEMS, INC.** <br><br> Complaint Filed: June 29, 2012 |

    John A. O'Malley of Fulbright & Jaworski L.L.P., 555 South Flower Street, 41st Floor, Los Angeles, California 90071, hereby enters an appearance as attorney of record for Defendant Micros Systems, Inc.

1  All pleadings, discovery, correspondence, and other material pertaining to the above-
2  entitled action not otherwise filed through the Court's electronic filing system should be served
3  upon counsel at the following address:

4  John A. O'Malley
   Fulbright & Jaworski L.L.P.
5  555 South Flower Street, 41st Floor
   Los Angeles, California 90071
6  Tel:    (213) 892-9200
   Fax:    (213) 892-9494
7  Email:  jomalley@fulbright.com

8

9  Dated:   August 7, 2012            JOHN A. O'MALLEY
                                      **FULBRIGHT & JAWORSKI L.L.P.**
10

11                                    By  s/ John A. O'Malley
                                          JOHN A. O'MALLEY
12                                        Attorney for Defendant Micros Systems, Inc.
                                          Email: jomalley@fulbright.com
13

DOCUMENT PREPARED
ON RECYCLED PAPER

77907580.1                          - 2 -                        CASE NO. 3:12-CV-01655-JLS-NLS
NOTICE OF APPEARANCE OF JOHN A. O'MALLEY FOR DEFENDANT MICROS SYSTEMS, INC.

## PROOF OF SERVICE

I, Sue Crippen, declare:

I am a citizen of the United States, over the age of eighteen years, and not a party to this case. I am employed in Los Angeles County, California and a member of the bar of this court. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On August 7, 2012, I caused the following document to be served:

**NOTICE OF APPEARANCE OF JOHN A. O'MALLEY FOR DEFENDANT MICROS SYSTEMS, INC.**

[X] by transmitting via e-mail the document(s) listed above to the person(s) at the e-mail address(es) set forth below:

**Attorneys for Ameranth, Inc.**

MICHAEL D. FABIANO
E-mail: mdfabiano@fabianolawfirm.com

JOHN W. OSBORNE
E-mail: josborne@osborneipl.com

ETHAN M. WATTS
E-mail: emw@ewattslaw.com

[X] by the court's electronic filing system. I am familiar with the U.S. District Court, Southern District of California's practice for collecting and processing electronic filings. Under the practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in this case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under this practice, the CM/ECF user(s) listed below was served:

**Attorneys for Ameranth, Inc.**

WILLIAM J. CALDARELLI
E-mail: wjc@chplawfirm.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 7, 2012, at Los Angeles, California.

_Sue Crippen_
Sue Crippen