JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
ORACLE CORPORATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., <br><br>            Plaintiff, <br><br>   v. <br><br> PIZZA HUT, INC., et al, <br><br>            Defendants. | Consolidated Case No. 11-cv-01810-DMS-WVG (Lead Case) |
| AMERANTH, INC., <br><br>            Plaintiff, <br><br>   v. <br><br> MICROS SYSTEMS, INC., <br><br>            Defendant. | Case No. 3:12-cv-01655-DMS-WVG <br><br> **NOTICE OF APPEARANCE OF JARED BOBROW** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jared Bobrow of the law firm of Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065, will appear as counsel of record for Oracle Corporation, successor-in-interest to MICROS Systems, Inc., in the above-captioned matter.

1     PLEASE TAKE FURTHER NOTICE THAT this matter is consolidated for
2  pretrial purposes up to and including claim construction with Case No. 11-cv-01810-
3  DMS-WVG.  The undersigned respectfully requests that all pleadings, discovery,
4  notices, and other communications affecting this action be electronically served upon
5  the undersigned at the address shown below.

       Jared Bobrow
       WEIL, GOTSHAL & MANGES LLP
       201 Redwood Shores Parkway
       Redwood Shores, CA 94065
       Telephone: (650) 802-3000
       Facsimile: (650) 802-3100
       jared.bobrow@weil.com

Dated: November 10, 2014                                  Respectfully submitted,

                                                            By:*/s/ Jared Bobrow*
                                                            Jared Bobrow
                                                            WEIL, GOTSHAL & MANGES LLP

                                                            *Attorney for Defendant*
                                                            Oracle Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 10, 2014, NOTICE OF APPEARANCE OF JARED BOBROW was filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

| | |
|---|---|
| William J. Caldarelli | Michael D Fabiano |
| wjc@chplawfirm.com | mdfabiano@fabianolawfirm.com |
| Ben West | Fabiano Law Firm, P.C. |
| dbw@chplawfirm.com | 12526 High Bluff Drive, Suite 300 |
| Caldarelli Hejmanowski & Page LLP | San Diego, CA 92130 |
| 12340 El Camino Real, Suite 430 | Telephone: (858) 720-8080 |
| San Diego, CA 92130 | |
| Telephone: (858) 720-8080 | |

John W. Osborne
josborne@osborneipl.com
Osborne Law LLC
33 Habitat Lane
Cortlandt Manor, NY 10567
Telephone: (914) 714-5936
*Attorneys for Plaintiff*
Ameranth, Inc.

I certify that all parties in this case are represented by counsels who are CM/ECF participants.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jared Bobrow*
　　　　　　　　　　　　　　　　　　　　　　　Jared Bobrow