1  **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
   William J. Caldarelli (SBN 149573)
2  Ben West (SBN 251018)
   3398 Carmel Mountain Road, Suite 250
3  San Diego, CA 92121
   Telephone: (858) 720-8080
4  Em: wjc@chpllaw.com; dbw@chpllaw.com

5  Attorneys for Plaintiff Ameranth, Inc.

6  *[Additional counsel listed on following page]*

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | AMERANTH, INC., | Case No. 12cv1655-DMS (WVG) |
12 | Plaintiff, | **PLAINTIFF AMERANTH, INC.'S NOTICE OF MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO DEFENDANT ORACLE CORP'S MOTION FOR EXCEPTIONAL CASE AND ATTORNEYS' FEES** |
13 | v. | |
14 | | |
15 | ORACLE CORP., | |
16 | Defendant. | |
17 | | Date: May 10, 2024 |
18 | | Time: 1:30 p.m. |
   | | Dept: 13A |
19 | | Judge: Hon. Dana M. Sabraw |

1 | **Additional counsel for Plaintiff Ameranth, Inc.:**

2 | **FABIANO LAW FIRM, P.C.**
3 | Michael D. Fabiano (SBN 167058)
    12526 High Bluff Drive, Suite 300
4 | San Diego, CA  92130
    Telephone: (619) 742-9631
5 | Em: mdfabiano@fabianolawfirm.com

6 | **OSBORNE LAW LLC**
    John W. Osborne (Appointed *Pro Hac Vice*)
7 | 33 Habitat Lane
    Cortlandt Manor, NY 10567
8 | Telephone: (914) 714-5936
    Em: josborne@osborneipl.com

9 | **WATTS LAW OFFICES**
    Ethan M. Watts (SBN 234441)
10 | 3398 Carmel Mountain Road, Suite 250
     San Diego, CA  92121
11 | Telephone: (858) 509-0808
     Em: emw@ewattslaw.com

13 | **WITKOW BASKIN**
     Brandon Witkow (SBN 210443)
14 | Erin C. Witkow (SBN 216994)
     21031 Ventura Blvd., Suite 603
15 | Woodland Hills, CA 91364
     Tel: (818)296-9508
16 | Em: bw@witkowlaw.com
     Em: ew@witkowlaw.com

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 79.2 and the Protective Order Governing Confidential Information entered in Lead Case No. 11cv1810 DMS (WVG) (Dkt. No. 323), Defendant Ameranth, Inc. ("Ameranth") hereby applies for an Order of the Court permitting the below-referenced documents to be filed under seal.

There is good cause for the following documents to be filed under seal, as they contain proprietary and confidential business and technical information and/or were originally designated as either "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "CONFIDENTIAL & PRIVILEGED" pursuant to the Protective Order entered in this case. (Dkt. No. 323). Attached to the Notice of Lodgment of in Support of Ameranth's Opposition to Defendant Oracle Corp.'s ("Oracle") Motion for Exceptional Case and Attorneys' Fees ("NOL") are the following exhibits to be filed under seal:

**Exhibit 12** – Redacted invoice from Brooks Kushman PC to Domino's Pizza dated June 30, 2014 for work in the Ameranth consolidated patent infringement litigation regarding a joint defense group call concerning Ameranth's Rule 11 letter. This is designated "Confidential" under the Protective Order because it includes confidential attorney-client billing information designated confidential by Domino's and a joint defense group communication.

**Exhibit 22** – Excerpts of the deposition transcript of Keith McNally in the consolidated infringement cases on March 15, 2018, in which Mr. McNally was questioned by Oracle's counsel. The deposition transcript was designated as "Confidential – Attorneys' Eyes Only" pursuant to the parties' Protective Order entered in the Lead Case.

/ / /

/ / /

Ameranth respectfully requests that the above-referenced exhibits and materials be filed under seal to protect the materials as provided in the Stipulated Protective Order in this matter.  A proposed order granting this Motion is being emailed to the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 26, 2024 | CALDARELLI HEJMANOWSKI & PAGE LLP |
|  | By: /s/ William J. Caldarelli |
|  | William J. Caldarelli |
|  | FABIANO LAW FIRM, P.C. |
|  | Michael D. Fabiano |
|  | OSBORNE LAW LLC |
|  | John W. Osborne |
|  | WATTS LAW OFFICES |
|  | Ethan M. Watts |
|  | Attorneys for Plaintiff AMERANTH, INC. |