# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.,<br><br>                          Plaintiff,<br><br>v.<br><br>ORACLE CORP.,<br><br>                         Defendants. | Case No.: 12-cv-1655-DMS-DDL<br><br>**ORDER AMENDING BRIEFING SCHEDULE** |

The Court granted Oracle's motion for exceptional case on September 12, 2024. Dkt. No. 70. The Court ordered Oracle and Ameranth to appear before the undersigned for a settlement conference on September 21, 2024 to discuss the amount of Oracle's fees and costs. *Id.* The Court also issued a briefing schedule: if the parties were unable to resolve the issue of fees and costs at the settlement conference, Oracle was to file its opening brief on or before October 18, 2024; Ameranth was to file its opposition on or before November 1, 2024; and Oracle was to file its reply on or before November 8, 2024. *Id.* The undersigned held a settlement conference on October 11, 2024, and set a further settlement conference for November 1, 2024. *Id.* at 75; 76. Accordingly, the Court hereby **AMENDS** the briefing schedule as follows:

///

///

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Oracle to File its Opening Brief | October 18, 2024 | November 18, 2024 |
| Deadline for Ameranth to File its Opposition | November 1, 2024 | December 9, 2024 |
| Deadline for Oracle to File its Reply | November 8, 2024 | December 20, 2024 |

**IT IS SO ORDERED.**

Dated:  October 16, 2024

_____
Hon. David D. Leshner
United States Magistrate Judge